CORNELL J. PRICE (State Bar Number: 62443)
LAW OFFICES OF CORNELL J. PRICE
445 S Figueroa St #2640
Los Angeles, CA 90071
TEL: (213) 612 0020
FAX: (213) 612 0091
EMAIL: pricelaw@earthlink.net

Attorney For Defendant,
MOUSSA MAHMOUD MATAR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO: CR 07-1223-GW** |
| ) | |
| Plaintiff ) | **DEFENDANT MOUSSA MAHMOUD MATAR'S RESPONSE TO PSR AND POSITION RE SENTENCING** |
| v. ) | |
| ) | |
| MOUSSA MAHMOUD MATAR, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

Defendant Moussa Mahmoud Matar, by and through his counsel of record, Cornell J. Price, hereby submits the following position paper with respect to sentencing.

DATED: October 21, 2009                                    Respectfully Submitted,

                                                                            _____/s/_____
                                                                            CORNELL J. PRICE, ESQ.
                                                                            Attorney for Defendant
                                                                            Moussa Mahmoud Matar

1

## RESPONSE TO PSR AND POSITION RE SENTENCING

Defendant Moussa Matar proffers no objections or corrections to the Presentence Report ("PSR").

Defndant Moussa Matar concurs with the Probation Officer's sentencing recommendation except in the following particulars. He submits that a term of two (2) years probation would be more appropriate to his personal circumstances as related in the PSR.

The Probation Office requests that the court impose the maximum fine: $40,000. However, the defendant would remind the Court of the consequence for the defendant of the provisions of the forfeiture judgement in the companion civil case. See United Sates v $264,888.70 In Bank Account Funds, et al; Case No. CV 08-02741-GW-PLA Docket Number 36. This defendant agreed to a forfeiture of the quite substantial sum of $446,145.10 to the government in that action, which is not reflected in the PSR. This is especially punitive in its effect where there was no underlying criminal activity of the characters that the money laundering statutes were enacted to reach, i.e., narcotics trafficking and the like versus the breach of a retail sales distribution contract by wholesaling. The defendant asks that the Court consider this factor and impose a fine in the middle of the range from $10,000 to $20,000.